# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| ERIC FLORES, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:13CV106 |
| | ) | |
| vs. | ) | |
| | ) | |
| US ATTORNEY GENERAL, US DEPARTMENT OF HEALTH AND HUMAN SERVICES, SIERRA MEDICAL CENTER, | ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by the filing of a Complaint and a decision having been rendered;

    IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2013, Order.

    August 9, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court